NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LISA CARTIER-GIROUX
Nevada Bar Number 14040
Email: lisa.cartier-giroux@usdoj.gov
ALLISON REESE
Nevada Bar Number 13977
Email: allison.reese@usdoj.gov
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MATTHEW CHAPMAN,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:20-cr- 91<br><br>**VIOLATION:**<br><br>18 U.S.C. § 1201(a)(1) – *Kidnapping Resulting in Death* |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
*(Kidnapping Resulting in Death)*

In or about September 2019, in the State and Federal District of Nevada and elsewhere,

**JOHN MATTHEW CHAPMAN,**

defendant herein, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away and hold JF for ransom, reward and otherwise and, in committing and in furtherance of the

commission of the offense, traveled in interstate commerce from the State of Pennsylvania to the State of Nevada and from the State of Nevada to the State of Pennsylvania, willfully transported JF in interstate commerce from the State of Pennsylvania to the State of Nevada, and used a means, facility, and instrumentality of interstate commerce, that is, a cellular network, the internet, and a vehicle, all resulting in the death of JF.

All in violation of Title 18, United States Code, Section 1201(a)(1).

DATED: this 19th day of May, 2020.

**A TRUE BILL:**

　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

_(signature)_

LISA CARTIER-GIROUX
ALLISON REESE
Assistant United States Attorneys