JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Allison.Reese@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-CR-00091-JCM-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE [70] MOTION TO SUPPRESS STATEMENTS RESPONSE AND REPLY DEADLINES** |
| vs. | |
| JOHN MATTHEW CHAPMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Christopher Frey, Assistant Federal Public Defender, counsel for JOHN MATTHEW CHAPMAN, that the deadline to file any and all responsive pleadings to Defendant's Motion to Suppress Statements (ECF No. 70), currently set for October 28, 2022, be continued to November 18, 2022.

IT IS FURTHER STIPULATED AND AGREED, that the deadline to file any and all responsive pleadings in reply, currently set for November 28, 2022, be continued to December 19, 2022.

1

This Stipulation is entered into for the following reasons:

1. The Government needs additional time to research the issues raised in Defendant's motions and respond thoroughly and effectively.

2. Defense counsel agrees with the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the response and reply deadlines.

DATED: October 19, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorney


RENE L. VALLADARES
Federal Public Defender

/s/ Christopher Frey
_____
Christopher Frey
Assistant Federal Public Defender
Counsel for Defendant JOHN MATTHEW CHAPMAN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-CR-00091-JCM-DJA |
| Plaintiff, | **ORDER** |
| vs. | |
| JOHN MATTHEW CHAPMAN, | |
| Defendant. | |

IT IS ORDERED that the deadline to file any and all responsive pleadings to Defendant's Motion to Suppress Statements (ECF No. 70), currently set for October 28, 2022, be reset to November 18, 2022.

IT IS FURTHER ORDERED that the deadline to file any and all responsive pleadings in reply, currently set for November 28, 2022, be reset to December 19, 2022.

DATED this 20th day of October, 2022.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE