RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
Chris_Frey@fd.org
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
Kate_Berry@fd.org
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone

BRAD D. LEVENSON
Assistant Federal Public Defender
California State Bar No. 166073
Brad_Levenson@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone

THERESA M. DUNCAN
Duncan Earnest LLC
New Mexico State Bar No. 12444
teri@duncanearnest.com
222 East Marcy Street, Suite 1
Santa Fe, NM  87501
(505) 842-5196/Phone

Attorneys for JOHN MATTHEW CHAPMAN

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-cr-00091-JCM-DJA |
| Plaintiff, | **STIPULATION TO EXTEND MOTION TO SUPPRESS REPLY DEADLINE** |
| v. | (Second Request) |
| JOHN MATTHEW CHAPMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, and Assistant Federal Public Defenders Christopher P. Frey, Kate Berry, Brad D. Levenson, and attorney Theresa M. Duncan, counsel for JOHN MATTHEW CHAPMAN, United States Attorney Jason M. Frierson, Assistant United States Attorneys Allison Reese and Lisa Cartier-Giroux, counsel for the United States of America, that the deadline to file any and all replies to the Defendant's Motion to Suppress Statements (ECF No. 70) currently set for December 19, 2022 be continued to January 11, 2023.

The Stipulation to continue is entered into for the following reasons:

1.    The Defense needs additional time to research the issues raised in the Government's response and reply thoroughly and effectively.

2.    Government counsel agrees with the continuance.

3.    The parties agree to the continuance.

This is the second stipulation to continue reply deadlines.

DATED December 14, 2022.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

By: /s/ Christopher P. Frey

CHRISTOPHER P. FREY
Assistant Federal Public Defender
Counsel for John Matthew Chapman

By: /s/ Allison Reese

ALLISON REESE
Assistant United States Attorney
Counsel for United States

By: /s/ Kate Berry

KATE BERRY
Assistant Federal Public Defender

By: /s/ Lisa Cartier-Giroux

LISA CARTIER-GIROUX
Assistant United States Attorney

By: /s/ Brad Levenson

BRAD LEVENSON
Assistant Federal Public Defender

By: /s/ Theresa M. Duncan

THERESA M. DUNCAN
Learned Counsel for John Matthew Chapman

2

1

**ORDER**

2        IT IS THEREFORE ORDERED that the deadline to file any and all replies to the

3    Defendant's Motion to Suppress Statements (ECF No. 70) currently set for December 19, 2022

4    be continued to January 11, 2023.

5

6        DATED this _____15th_____ of December, 2022.

7

8                                           _____

9                                  HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3