RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
Chris_Frey@fd.org
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
Kate_Berry@fd.org
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone

BRAD D. LEVENSON
Assistant Federal Public Defender
California State Bar No. 166073
Brad_Levenson@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone

THERESA M. DUNCAN
Duncan Earnest LLC
New Mexico State Bar No. 12444
teri@duncanearnest.com
222 East Marcy Street, Suite 1
Santa Fe, NM 87501
(505) 842-5196/Phone

Attorneys for JOHN MATTHEW CHAPMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN MATTHEW CHAPMAN,<br><br>  Defendant. | Case No.  2:20-cr-00091-JCM-DJA<br><br>**STIPULATION TO EXTEND MOTION TO DISMISS REPLY DEADLINE**<br>(Third Request) |

1  IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, and Assistant Federal Public Defenders Christopher P. Frey, Kate Berry, Brad D. Levenson, and attorney Theresa M. Duncan, counsel for JOHN MATTHEW CHAPMAN, United States Attorney Jason M. Frierson, Assistant United States Attorneys Allison Reese and Lisa Cartier-Giroux, counsel for the United States of America, that the deadline to file any and all replies to the Defendant's Motion to Dismiss (ECF No. 69) currently set for January 11, 2023 be continued to January 18, 2023.

The Stipulation to continue is entered into for the following reasons:

1. The Defense needs additional time to research the issues raised in the Government's response and reply thoroughly and effectively.

2. Government counsel agrees with the continuance.

3. The parties agree to the continuance.

This is the third stipulation to continue reply deadlines.

DATED January 7, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By: /s/ Christopher P. Frey<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for John Matthew Chapman | By: /s/ Allison Reese<br>ALLISON REESE<br>Assistant United States Attorney<br>Counsel for United States |
| By: /s/ Kate Berry<br>KATE BERRY<br>Assistant Federal Public Defender | By: /s/ Lisa Cartier-Giroux<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

By: /s/ Brad Levenson
BRAD LEVENSON
Assistant Federal Public Defender

By: /s/ Theresa M. Duncan
THERESA M. DUNCAN
Learned Counsel for John Matthew Chapman

**ORDER**

IT IS THEREFORE ORDERED that the deadline to file any and all replies to the Defendant's Motion to Dismiss (ECF No. 69) currently set for January 11, 2023 be continued to January 18, 2023.

DATED January 9, 2023.

                                             HONORABLE JAMES C. MAHAN
                                             UNITED STATES DISTRICT JUDGE