RENE L. VALLADARES
FEDERAL PUBLIC DEFENDER
NEVADA STATE BAR NO. 11479
CHRISTOPHER P. FREY
ASSISTANT FEDERAL PUBLIC DEFENDER
NEVADA STATE BAR NO. 10589
CHRIS_FREY@FD.ORG
KATE BERRY
ASSISTANT FEDERAL PUBLIC DEFENDER
NEVADA STATE BAR NO. 14346
KATE_BERRY@FD.ORG
201 W. LIBERTY STREET, STE. 102
RENO, NEVADA 89501
(775) 321-8451/PHONE

BRAD D. LEVENSON
ASSISTANT FEDERAL PUBLIC DEFENDER
TEXAS STATE BAR NO. 24073411
BRAD_LEVENSON@FD.ORG
411 E. BONNEVILLE, STE. 250
LAS VEGAS, NEVADA 89101
(702) 388-6577/PHONE

THERESA M. DUNCAN
DUNCAN EARNEST LLC
NEW MEXICO STATE BAR NO. 12444
TERI@DUNCANEARNEST.COM
P.O. BOX 2769
SANTA FE, NM 87504
(505) 842-5196/PHONE

ATTORNEYS FOR JOHN MATTHEW CHAPMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MATTHEW CHAPMAN,<br><br>　　　　　Defendant. | Case No. 2:20-cr-0091-JCM-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Attorney Theresa M. Duncan respectfully moves to withdraw as counsel for Defendant John Chapman. Because the indictment charged Mr. Chapman with a death-eligible offense, the Court appointed Ms. Duncan as learned counsel on July 13, 2020. ECF No. 32. On July 13, 2023, the government filed a Notice of Intent Not to Seek the Death Penalty. ECF No. 101. Because Mr. Chapman no longer faces the possibility of a death sentence, he is no longer entitled to learned counsel. Furthermore, Mr. Chapman has, since the beginning of this case, been represented by diligent, competent and qualified counsel from the Federal Public Defender. Thus, Ms. Duncan's services are no longer required in this case.

For the foregoing reasons, Ms. Duncan asks the Court to allow her to withdraw as counsel for Mr. Chapman.

Respectfully submitted,

**IT IS SO ORDERED**.

DATED: 9/7/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

/s/ Theresa M. Duncan
Theresa M. Duncan
Duncan Earnest LLC
P.O. Box 2769
Santa Fe, NM 87504
505-842-5196
teri@duncanearnest.com

Attorney for Defendant John Matthew Chapman

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served on all parties by operation of the Court's CM/ECF electronic filing system on September 6, 2023.

/s/ Theresa M. Duncan
Theresa M. Duncan

2