JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
PENELOPE J. BRADY
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Penelope.Brady@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00091-JCM-DJA |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE EXPERT NOTICES** |
| v. | (First Request) |
| JOHN MATTHEW CHAPMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Jason M. Frierson, United States Attorney for the District of Nevada, Penelope J. Brady, Assistant United States Attorney, counsel for the United States of America, and Christopher Frey, counsel for Defendant John Matthew Chapman, to extend the time in which the Government's Expert Notice was due on February 22, 2024, to March 1, 2024. Defendant's Expert Notice would be due on March 15, 2024. Rebuttal expert disclosures would be due March 29, 2024. This is the first request for an extension of the expert notice deadlines. Trial is currently set for April 22, 2024. Counsel are respectfully requesting additional time to file its disclosures. The additional time requested for the filing of expert

1

notices is requested mindful of the current trial date of April 22, 2024, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: February 21, 2024

*/s/ Penelope J. Brady*
PENELOPE J. BRADY
Assistant United States Attorney

*/s/ Christopher Frey*
CHRISTOPHER FREY
Counsel for John Matthew Chapman

IT IS SO ORDERED.

DATED: 2/22/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE