UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-91 JCM (DJA) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| JOHN MATTHEW CHAPMAN, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Chapman*. The government charges defendant with kidnapping resulting in death, a violation of 18 U.S.C. § 1201(a)(1). (ECF No. 1).

When an individual serves as a juror, he is eligible for the Federal Occupational Health Employee Assistance Program ("EAP"). Based upon the content of the trial, the presiding judge determines if the EAP should be offered, post-verdict. These services are not offered for "standard" trials. The goal of offering EAP services is to mitigate stress through either off-site individual counseling or an on-site group debriefing.

The court understands that the jurors may view sensitive exhibits in this case that may cause stress, thus warranting the necessity of EAP services.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED that counseling services offered through the Employee Assistance Program be available to all jurors in this case upon the culmination of the trial.

DATED April 3, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**