```
JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
PENELOPE BRADY
MEGAN RACHOW
Nevada Bar Number 8231
STEVEN J. ROSE
Nevada Bar Number 13575
Assistant United States Attorneys
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Penelope.Brady@usdoj.gov
Megan.Rachow@usdoj.gov
Steven.Rose@usdoj.gov
```

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00091-JCM-DJA |
| Plaintiff, | **STIPULATION ON AUTOPSY** |
| v. | **Government's Exhibit 1** |
| JOHN MATTHEW CHAPMAN, | |
| Defendant. | |

The United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, Penelope Brady, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Christopher Frey, Assistant Federal Public Defender, counsel for JOHN MATTHEW CHAPMAN, hereby knowingly and willingly stipulate to the following facts:

1. The deceased body, "Jane 'Elgin Road' Doe," examined by Dr. Jennifer Nara from the Clark County Coroner under autopsy # 19-05013, is J▮▮▮▮ F▮▮▮▮.

**GOVERNMENT EXHIBIT 1**

2. The autopsy examination of J███ F███ was done by Dr. Nara on October 6, 2019.

3. The toxicology report was issued on October 21, 2019.

4. Dr. Nara's autopsy findings, as reflected in her finalized report dated December 7, 2019, were based solely on her external and internal examination of the body, X-ray imaging, the Preliminary Coroner Report authored by Deputy Michael Ray of the Lincoln County Sheriff's Office, and toxicology results.

5. One page of Dr. Nara's autopsy findings, stamped 000608, is admissible in evidence at trial as Government's Exhibit 1a.

6. The Preliminary Coroner Report authored by Deputy Michael Ray of the Lincoln County Sheriff's Office is admissible as Government's Exhibit 1b.

7. This stipulation is admissible in evidence at trial as Government's Exhibit 1.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties have agreed to these facts and the admission of evidence and therefore agree these facts and evidence as have been proved beyond a reasonable doubt.

DATED: April 2, 2024

                                      Respectfully submitted,

                                      JASON M. FRIERSON
                                      United States Attorney

                                      */s/ Penelope Brady*
                                      PENELOPE BRADY
                                      Assistant United States Attorney

                                      RENE L. VALLADARES
                                      Federal Public Defender

                                      */s/ Christopher Frey*
                                      Christopher Frey
                                      Assistant Federal Public Defender
                                      Counsel for Defendant
                                      JOHN MATTHEW CHAPMAN

IT IS SO ORDERED.

DATED April 3, 2024.

                                      HONORABLE JAMES C. MAHAN
                                      UNITED STATES DISTRICT JUDGE