JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
PENELOPE BRADY
MEGAN RACHOW
Nevada Bar Number 8231
STEVEN J. ROSE
Nevada Bar Number 13575
Assistant United States Attorneys
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Penelope.Brady@usdoj.gov
Megan.Rachow@usdoj.gov
Steven.Rose@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00091-JCM-DJA |
| Plaintiff, | **STIPULATION REGARDING 911 CALLS** |
| v. | |
| JOHN MATTHEW CHAPMAN, | **Government's Exhibit 2** |
| Defendant. | |

The United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, Penelope Brady, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Christopher Frey, Assistant Federal Public Defender, counsel for JOHN MATTHEW CHAPMAN, hereby knowingly and willingly stipulate to the following facts:

/ / /

/ / /

GOVERNMENT EXHIBIT 2

1. Government Exhibit 2a is a true and accurate recording of the 911 call made by H▓▓▓ L▓▓▓▓▓ to the Lincoln County, Nevada dispatcher on October 5, 2019 at approximately 4:24 p.m., Pacific time zone.

2. Government Exhibit 2c is a true and accurate recording of the 911 call made by the defendant to the Garrett County, Maryland dispatcher Ryan Yoder, on November 15, 2019 at approximately 12:10 a.m., Eastern time zone.

3. Government Exhibit 2d is a true and accurate recording of the 911 call made by the defendant to the Bethel Park Police Department dispatcher, William Johnson, on November 15, 2019 at approximately 12:13 a.m., Eastern time zone.

4. Government Exhibit 2e is a true and accurate recording of the 911 call made by the defendant to the Bethel Park Police Department dispatcher, William Johnson, on November 15, 2019 at approximately 1:03 a.m. Eastern time zone.

5. Government Exhibit 2f is a true and accurate recording of the 911 call made by the Bethel Park Police Department dispatcher, William Johnson, to the defendant on November 15, 2019 at approximately 1:33 a.m., Eastern time zone.

6. Government Exhibit 2g is a true and accurate recording of the 911 call made by the Bethel Park Police Department dispatcher, William Johnson, to the defendant on November 15, 2019, at approximately 1:55 a.m., Eastern time zone.

7. Government's Exhibit 2a, 2c, 2d, 2e, 2f, and 2g are admissible in evidence at trial.

8. This stipulation is admissible in evidence at trial as Government's Exhibit 2.

The parties have agreed to these facts and the admission of evidence and therefore agree these facts and evidence as have been proved beyond a reasonable doubt.

DATED: April 11, 2024

                                               Respectfully submitted,

                                               JASON M. FRIERSON
                                               United States Attorney

                                               /s/ *Penelope Brady*
                                               PENELOPE BRADY
                                               Assistant United States Attorney


                                               RENE L. VALLADARES
                                               Federal Public Defender

                                               /s/ *Christopher Frey*
                                               Christopher Frey
                                               Assistant Federal Public Defender
                                               Counsel for Defendant
                                               JOHN MATTHEW CHAPMAN

IT IS SO ORDERED.

DATED April 12, 2024.

                                               _____
                                               HONORABLE JAMES C. MAHAN
                                               UNITED STATES DISTRICT JUDGE