JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
PENELOPE J. BRADY
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
penelope.brady@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN MATTHEW CHAPMAN,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00091-JCM-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR NEW TRIAL [ECF #305]**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Jason M. Frierson, United States Attorney for the District of Nevada, Penelope J. Brady, Assistant United States Attorney, counsel for the United States of America, and Chris Frey, Assistant Federal Public Defender, counsel for Defendant John Matthew Chapman, to extend the time in which the Government's Response to the Defendant's Motion for New Trial [ECF #305] is due from May 29, 2024 to May 30, 2024. Defendant's Replies to the Government's Response would be then due on June 7, 2024. This is the first request for an extension. Government counsel is respectfully requesting an additional one day to file its response due to government counsel's other obligations and the weekday holiday within the response period. As such, the parties are stipulating to a short extension of one day.

1

Additionally, the parties are stipulating that Defendant will have until June 7, 2024 to file his reply. The additional time requested for the filing the responses is requested mindful of the current sentencing date of August 2, 2024, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: May 28, 2024

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Penelope J. Brady<br>PENELOPE J. BRADY<br>Assistant United States Attorney | /s/ Chris Frey<br>CHRIS FREY<br>Assistant Federal Public Defender<br>Counsel for John Matthew Chapman |

IT IS SO ORDERED.

DATED: May 29, 2024

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE