1 Rene L. Valladares
Federal Public Defender
2 Nevada Bar No. 11479
Jeremy C. Baron
3 Assistant Federal Public Defender
District of Columbia Bar No. 1021801
4 jeremy_baron@fd.org
411 E. Bonneville Ave. Suite 250
5 Las Vegas, NV 89101

6 Attorney for John Matthew Chapman

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>John Matthew Chapman,<br><br>Defendant. | Case No. 2:20-cr-00091-JCM-DJA<br><br>**Unopposed motion for copies of non-public docket for appellate purposes** |

Defendant John Matthew Chapman requests the Court issue an order permitting the clerk's office to provide copies of the non-public docket sheet to undersigned counsel, his office, and counsel for the government. The non-public docket is necessary for the parties to assemble and review Mr. Chapman's record for his direct appeal to the Ninth Circuit (No. 24-4939).

The non-public docket sheet lists all sealed or restricted documents not viewable on the public docket sheet. The public docket sheet appears to have numerous missing entries, including:

1

- ECF No. 6
- ECF No. 33
- ECF Nos. 35 through 50
- ECF No. 107
- ECF Nos. 109 and 110
- ECF No. 113
- ECF Nos. 125 through 142
- ECF No. 146
- ECF Nos. 149 through 154
- ECF Nos. 156 through 158
- ECF No. 160
- ECF Nos. 164 and 165
- ECF Nos. 170 through 181
- ECF No. 184
- ECF No. 188
- ECF No. 190
- ECF No. 193
- ECF No. 200
- ECF Nos. 203 through 205
- ECF No. 208
- ECF Nos. 210 through 212
- ECF Nos. 216 and 217
- ECF No. 223

1  - ECF No. 228
2  - ECF Nos. 230 and 231
3  - ECF Nos. 233 through 235
4  - ECF No. 239
5  - ECF Nos. 245 through 247
6  - ECF Nos. 249 through 251
7  - ECF Nos. 253 and 254
8  - ECF No. 256
9  - ECF Nos. 259 through 261
10 - ECF Nos. 267 through 269
11 - ECF No. 296
12 - ECF No. 298
13 - ECF Nos. 300 and 301
14 - ECF No. 303
15 - ECF No. 313

Without the non-public docket sheet, the parties cannot determine whether the sealed or restricted documents are potentially relevant to the appeal. Review of the non-public docket sheet will permit the parties to effectively determine which sealed or restricted documents need to be obtained and reviewed for the appeal. If, after reviewing the non-public docket sheet, either party seeks to review certain sealed or restricted documents, the party will request such items with specificity in a separate motion.

Access to the non-public docket is, therefore, necessary for counsel to provide constitutionally adequate representation for Mr. Chapman and so the parties can accurately provide and cite the record on appeal. *See* Fed. R. App. P. 10(a); 9th Cir. Rules 10-2(b), 28-2.8, and 30-1; *see also, e.g., United States v. Cramer*, No. 1:16-cr-26, 2020 WL 8920386, at *7 (E.D. Tex. Jan. 30, 2020) (noting grant of unopposed motion to permit inspection and copying of nonpublic docket). Accordingly, undersigned counsel requests the Court order the clerk's office to provide copies of the non-public docket sheet to undersigned counsel, his office, and counsel for the government.

The undersigned has contacted counsel for the government, Assistant United States Attorneys Adam Flake and Stephen Rose, and the government does not oppose this motion.

Dated August 13, 2024.        Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jeremy C. Baron*
Jeremy C. Baron
Assistant Federal Public Defender

**IT IS SO ORDERED**.

DATED: 8/20/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE