Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
* Jeremy C. Baron
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
jeremy_baron@fd.org
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101

* Attorney for John Matthew Chapman

# United States District Court
# District of Nevada

| | |
|---|---|
| United States of America,<br><br>Plaintiff<br><br>v.<br><br>John Matthew Chapman,<br><br>Defendant | Case No. 2:20-cr-00091-CDS-DJA<br><br>**Order Granting Unopposed motion for extension of time to respond to motion to intervene (ECF No. 339)**<br><br>[ECF No. 340] |

## Argument

Defendant John Matthew Chapman requests a two-week extension of time, to September 15, 2026, to file a response, if any, to EWU Media, LLC's motion to intervene for the limited purpose of obtaining court records. The proposed intervenor is seeking access to various exhibits that were admitted into evidence at trial. The defense continues to evaluate whether to respond to the motion and, if so, the contents of a potential response. The defense respectfully suggests the requested two-week extension is reasonably necessary to make an informed decision regarding the defense's position and to draft a corresponding response, if any. Counsel for the proposed intervenors, as well as counsel for the government, don't oppose this motion.

## Conclusion

The Court should grant the requested two-week extension and allow the defense until September 15, 2026, to file a response to the motion to intervene.

Dated September 1, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jeremy C. Baron*
Jeremy C. Baron
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________________
United States District Judge

Dated: September 4, 2026